**Michael S. GORBEY, Petitioner–Appellant,**

v.

**Harold W. CLARKE, Director, Virginia Department of Corrections, Respondent–Appellee.**

**No. 13–6973.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2013.

Decided: Sept. 30, 2013.

Michael S. Gorbey, Appellant Pro Se.

Rosemary Virginia Bourne, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael S. Gorbey seeks to appeal the district court's denial of his appeal from substituting the proper party § 2254 (2006) petition and deficiencies. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Gorbey seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*